Certificate Number: 11760-PAE-DE-030658377

Bankruptcy Case Number: 18-10500



11760-PAE-DE-030658377

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2018, at 6:13 o'clock PM PST, Kevin Urbine completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 3, 2018

By:  /s/Jennifer L Walter

Name:  Jennifer L Walter

Title:  Teacher