# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 Bankruptcy |
|---|---|
| KEVIN J. URBINE, | Bankruptcy No. 18-10500 REF |
| Debtor | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

**TO:** U.S. TRUSTEE, CHAPTER 13 TRUSTEE, AND OTHER PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

The Debtor has filed a Motion to Approve Loan Modification Agreement with PNC Bank, N.A. ("Motion"). If a copy of the Motion is not enclosed with this Notice, a copy can be obtained by contacting counsel for the Movant, George M. Lutz, Esquire, at Hartman, Valeriano, Magovern & Lutz, P.C., 1100 Berkshire Boulevard, Suite 301, Wyomissing, PA 19610, Phone: 610-779-0772, Fax: 610-779-7473.

Any party in interest may file an answer, objection, or other responsive pleading with respect to this Motion with the Clerk of the United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA 19601, and must deliver a copy to Movant, whose name and address appears below, on or before Monday, April 30, 2018 at 4:00 p.m.

A hearing to consider the Motion and any answers, objections, or other responsive pleadings has been scheduled for May 8, 2018 at 9:30 a.m. in Courtroom No. 1, The Madison Building, 400 Washington Street, Reading, Pennsylvania. In the absence of any answer, objection, or other responsive pleading, the Court may approve the loan modification agreement referred to in the Motion.

**Date:** April 13, 2018

Respectfully submitted,

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:** */s/ George M. Lutz*

_____
George M. Lutz, Esquire
1100 Berkshire Boulevard, Suite 301
Wyomissing, PA 19610
Pa. Attorney ID No.: 46437