**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**KEVIN J. URBINE**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-10500 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Response to Motion for Relief from Automatic Stay of PNC Bank, National Association was served upon the addresses listed below, by way of electronic means on June 28, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION - bkgroup@kmllawgroup.com

THOMAS A. CAPEHART on behalf of Creditor Santander Bank, N.A. - JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    s/Alyssa J. Merkey
           1100 Berkshire Blvd., Suite 301
           Wyomissing, PA  19610
           610-779-0772