**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>    **KEVIN J.URBINE,**<br><br>                **Debtor** | **Chapter 13 Bankruptcy**<br><br><br>**Bankruptcy No. 18-10500 REF** |

**ADDENDUM TO THE AMENDED CHAPTER 13 PLAN**

The Debtor hereby files this Addendum to the Amended Chapter 13 Plan, and states as follows:

§ 3(a) of the Amended Chapter 13 Plan is changed to read as follows:

**§ 3(a) Except as provided in § 3(b) below, all allowed priority claims will be paid in full unless the creditor agrees otherwise:**

| Creditor | Type of Priority | Estimated Amount to be Paid |
|---|---|---|
| Hartman, Valeriano, Magovern & Lutz, P.C. | Administrative | Attorney's fees as approved by the Court |
| Internal Revenue Service<br><br>Amended Proof of Claim No. 5 | Taxes (Priority portion) | $3,239.75 |

**Date:**  July 18, 2018

                        **Respectfully submitted,**

                        **Hartman, Valeriano, Magovern & Lutz, PC**

        **by:**    /s/ George M. Lutz
                    _____
                    **George M. Lutz, Esquire**
                    **1100 Berkshire Boulevard, Suite 301**
                    **Wyomissing, PA  19610**
                    **Pa. Attorney ID No.: 46437**
                    **Phone:  610-372-9900**
                    **Fax:     610-372-5469**