**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**KEVIN J. URBINE**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-10500 REF** |

**CERTIFICATE OF NO RESPONSE**

I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Application for Allowance of Compensation and Reimbursement of Expenses and Applicant requests that the court grant the Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

**Date:** August 9, 2018

                              Respectfully submitted,

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

        by:    */s/ George M. Lutz*

                              George M. Lutz, Esquire
                              1100 Berkshire Blvd., Suite 301
                              Wyomissing, PA  19610
                              Attorney I.D. No. 46437
                              Phone:  610-779-0772