**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**KEVIN J. URBINE,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-10500 REF** |
|---|---|

**ORDER**

UPON CONSIDERATION of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,058.00, of which $1,000.00 was received pre-petition, for reimbursement of actual, necessary fees and expenses in the amount of $82.56.

**Date: August 9, 2018**

BY THE COURT:

_____
**United States Bankruptcy Judge**

*Copies to:*

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

**All creditors**

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 4010
Reading, PA 19606

Kevin J. Urbine
43 Valley Road
Wyomissing, PA 19610