United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10500-ref
Kevin J. Urbine                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 1              Date Rcvd: Aug 09, 2018
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db         +Kevin J. Urbine,    43 Valley Road,   Wyomissing Hills, PA 19610-1955
cr         +Santander Bank, N.A.,   c/o Thomas A. Capehart, Esq.,   Gross McGinley LLP,
             33 S Seventh Street,   Allentown, PA 18101-2418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          GEORGE M. LUTZ    on behalf of Debtor Kevin J. Urbine glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com,
           ehutchinson@grossmcginley.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**KEVIN J. URBINE,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-10500 REF** |
|---|---|

**ORDER**

UPON CONSIDERATION of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,058.00, of which $1,000.00 was received pre-petition, for reimbursement of actual, necessary fees and expenses in the amount of $82.56.

**Date: August 9, 2018**

**BY THE COURT:**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**William C. Miller, Esquire**
**Chapter 13 Trustee**
**P.O. Box 4010**
**Reading, PA 19606**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Blvd., Suite 301**
**Wyomissing, PA 19610**

**Kevin J. Urbine**
**43 Valley Road**
**Wyomissing, PA 19610**

**All creditors**