# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin J. Urbine<br>　　　　　　Debtor<br><br>PNC Bank, National Association<br>　　　　v.<br>　Kevin J. Urbine　　　　Debtor<br><br>　Valerie A. Urbine　　　Co-Debtor<br><br>　and Scott Waterman Esq.　Trustee | Chapter 13<br><br>NO. 18-10500 REF<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, upon the filing of a Certification of Default by Movant in accordance with the Stipulation of the parties approved on July 18, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceeding, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, are modified with respect to the subject premises located at 43 Valley Rd, Reading, PA 19610 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: March 19, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Kevin J. Urbine
43 Valley Road
Wyomissing Hills, PA 19610

Valerie A. Urbine
43 Valley Road
Wyomissing Hills, PA 19610

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

George M. Lutz
1025 Berkshire Boulevard, Suite 700
P.O. Box 5828
Wyomissing, PA 19610

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532