United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin J. Urbine  
      Debtor

Case No. 18-10500-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Mar 19, 2019  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.  
db        +Kevin J. Urbine,   43 Valley Road,   Wyomissing Hills, PA 19610-1955  
cr        +Santander Bank, N.A.,   c/o Thomas A. Capehart, Esq.,   Gross McGinley LLP,  
          33 S Seventh Street,   Allentown, PA 18101-2418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        GEORGE M. LUTZ   on behalf of Debtor Kevin J. Urbine glutz@hvmllaw.com,  
         amerkey@hvmllaw.com;r49419@notify.bestcase.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION  
         bkgroup@kmllawgroup.com  
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE  
         RRamos-Cardona@fredreiglech13.com  
        SCOTT  WATERMAN   ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
        THOMAS A. CAPEHART   on behalf of Creditor   Santander Bank, N.A. JKacsur@grossmcginley.com,  
         ehutchinson@grossmcginley.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kevin J. Urbine            Debtor | Chapter 13 |
| PNC Bank, National Association  v.  Kevin J. Urbine            Debtor  Valerie A. Urbine         Co-Debtor  and Scott Waterman Esq.    Trustee | NO. 18-10500 REF  11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, upon the filing of a Certification of Default by Movant in accordance with the Stipulation of the parties approved on July 18, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceeding, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, are modified with respect to the subject premises located at 43 Valley Rd, Reading, PA 19610 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: March 19, 2019**

_____
United States Bankruptcy Judge.

cc: See attached service list

Kevin J. Urbine
43 Valley Road
Wyomissing Hills, PA 19610

Valerie A. Urbine
43 Valley Road
Wyomissing Hills, PA 19610

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

George M. Lutz
1025 Berkshire Boulevard, Suite 700
P.O. Box 5828
Wyomissing, PA 19610

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532