United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-10500-ref
Kevin J. Urbine                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2              Date Rcvd: Apr 25, 2019
                              Form ID: pdf900          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
```
db            +Kevin J. Urbine,    43 Valley Road,   Wyomissing Hills, PA 19610-1955
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr            +Santander Bank, N.A.,    c/o Thomas A. Capehart, Esq.,    Gross McGinley LLP,
               33 S Seventh Street,   Allentown, PA 18101-2418
14045900      +CHASE/BANK ONE CARD SERV,    PO BOX 15298,   WILMINGTON, DE 19850-5298
14045896       CSC Credit Services,   Box 740040,    Atlanta, GA 30374-0040
14045901      +DIAMOND CU,    1600 MEDICAL DR,   POTTSTOWN, PA 19464-3281
14045897      +Equifax Information Services LLC,    P.O. Box 740256,   Atlanta, GA 30374-0256
14045894      +Experian,   Business Information Services,    475 Anton Blvd.,   Costa Mesa, CA 92626-7037
14167566     #+George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C.,    1100 Berkshire Blvd,
               Suite 301,   Wyomissing, PA 19610-1292
14259844      +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C.,    1025 Berkshire Blvd,
               Suite 700,   Wyomissing, PA 19610-1284
14045904       PNC BANK MORTGAGE SERVIC,    PO BOX 8703,   Dayton, OH 45401-8703
14085591      +PNC Bank, N.A.,    Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14057037      +PNC Bank, National Association,    c/o KML Law Group, P.C.,    710 Market Street,   Suite 5000,
               Philadelphia, PA 19106-2312
14045905      +SANTANDER BANK NA,    PO BOX 12646,   READING, PA 19612-2646
14051154      +Santander Bank, N.A.,    601 Penn Street,   MC 10-6438-FB7,   Reading, PA 19601-3563
14055206      +Santander Bank, N.A.,    c/o Gross McGinley LLP,    33 S Seventh Street,
               Allentown, PA 18101-2436
14045895      +Trans Union,   P.O. Box 1000,    Chester, PA 19016-1000
14045906      +Valerie Urbine,    43 Valley Road,   Reading, PA 19610-1955
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2019 02:37:36
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 26 2019 02:37:51      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14045899      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 26 2019 02:43:26
               CAPITAL ONE BANK USA NA,    PO BOX 30281,   SALT LAKE CITY, UT 84130-0281
14045898      +Fax: 602-659-2196 Apr 26 2019 04:33:48      Chex Systems Inc.,    ATTN: Customer Relations,
               7805 Hudson Rd,   Suite 100,   Woodbury, MN 55125-1703
14045902       E-mail/Text: mrdiscen@discover.com Apr 26 2019 02:37:19      DISCOVER FINCL SVC LLC,
               PO BOX 15316,   WILMINGTON, DE 19850-5316
14058554       E-mail/Text: mrdiscen@discover.com Apr 26 2019 02:37:19      Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14045903       E-mail/Text: cio.bncmail@irs.gov Apr 26 2019 02:37:24      Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
14073202      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 26 2019 02:37:40      Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
                                                                                              TOTAL: 8
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Apr 25, 2019
                              Form ID: pdf900          Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Kevin J. Urbine glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               RRamos-Cardona@fredreiglech13.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS A. CAPEHART    on behalf of Creditor   Santander Bank, N.A. JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

KEVIN J  URBINE

                                               : Bankruptcy No. 18-10500REF
         Debtor(s)                    : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

       AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

       ORDERED, that any wage orders are hereby vacated.

**Date: April 25, 2019**

BY THE COURT

_Richard E. Fehling, B. J._

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1025 BERKSHIRE BLVD SUITE 700
WYOMISSING PA 19610-

KEVIN J  URBINE
43 VALLEY ROAD
WYOMISSING HILLS, PA 19610